UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN R, BELITZ,<br><br>      Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>      Respondent. | Case No. C10-5130RBL/JRC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE A TAVERSE |

      The underlying petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4. Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254.

      Before the court is Petitioner's motion for an extension of to file a traverse (ECF No. 16). Respondent does not oppose the motion (ECF No. 18). The motion is GRANTED. A traverse must be filed on or before **January 7, 2011**. The clerk's office is directed to mail a copy of this order to petitioner, remove ECF No. 17 from the Court's calendar and note that the date for consideration of the underlying petition will be **January 7, 2011**.

      Dated this 2nd day of November, 2010.

                                          J. Richard Creatura
                                          United States Magistrate Judge

ORDER - 1