UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN R. BELITZ,<br><br>        Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>        Respondent. | Case No. C10-5130RBL/JRC<br><br>ORDER DENYING PETITIONER'S REQUEST FOR ADDITIONAL TRANSCRIPTS |

This petition for a writ of habeas corpus has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.

Before the court is Petitioner's motion asking the court to compel respondent to provide additional transcripts. The transcripts are for CrR 7.8 hearings to vacate his sentence (ECF No. 20, page 1). Petitioner fails to show the transcripts are needed. Further, he fails to show the transcripts relate to the issues in his petition. Respondent has responded stating they do not believe the transcripts exist (ECF No. 22). The motion is DENIED.

Dated this 4th day of January, 2011.

                                                                                 /s/ J. Richard Creatura

                                        J. Richard Creatura
                                        United States Magistrate Judge

ORDER - 1