UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN R. BELITZ,

            Petitioner,

    v.

STATE OF WASHINGTON,

            Respondent.

CASE NO. C10-5130RBL/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #28], and the remaining record, does hereby find and Order:

(1)    Petitioner's Motion for an Extension of Time to Amend and for Stay and Abeyance [Dkt. #27] is **DENIED.**

(2)    The Court adopts the Report and Recommendation;

(3)    The Petition is **DENIED** for the reasons stated in the Report and Recommendation. In Forma Pauperis states is revoked for purposes of appeal.

(4)    The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

(5)    The Court declines to issue a certificate of appealability because petitioner fails to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3).

DATED this 15th day of March 2011.

                                                RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE

ORDER - 1