# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVEN R. BELITZ,

               v.

STATE OF WASHINGTON,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5130RBL/JRC

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) Petitioner's Motion for an Extension of Time to Amend and for Stay and Abeyance [Dkt. #27] is **DENIED.**

(2) The Court adopts the Report and Recommendation;

(3) The Petition is **DENIED** for the reasons stated in the Report and Recommendation. In Forma Pauperis states is revoked for purposes of appeal.

(4) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

(5) The Court declines to issue a certificate of appealability because petitioner fails to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3).

|  |  |
|---|---|
| March 16, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |

                                        *s/ Mary Trent*
                                        Deputy Clerk