HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN R. BELITZ,<br><br>           Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>           Respondent. | CASE NO. C10-5130RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court upon Petitioner's Motion for Leave to Appeal *In Forma Pauperis* [Dkt. #33]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Petitioner has filed a Notice of Appeal of the Judgment entered on the Court's Order Adopting the Report and Recommendation and Denying his Petition for a Writ of Habeas Corpus. For the reasons stated in the Report and Recommendation [Dkt. #26], the Order [Dkt. #30], and implicit in the Court's denial of a Certificate of Appealability, Petitioner's appeal lacks an arguable basis in law or fact.

ORDER- 1

1   Petitioner's Motion for Leave to Appeal *In Forma Pauperis* [Dkt. #33] is **DENIED.** Fed.

2   R. App. P. 24(a).

3   **IT IS SO ORDERED.**

4   The Clerk shall send uncertified copies of this order to all counsel of record, and to any

5   party appearing pro se.

6   Dated this 28th day of April, 2011.

BENJAMIN H. SETTLE
United States District Judge
for Ronald B. Leighton
United States District Judge

ORDER- 2